# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

SHAHEED TAALIB'DIN MADYUN,

    Plaintiff,

v.

WILLIAM POLLARD,
PETER ERICKSON and
STEVEN SCHMIDT,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-034-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

THERESA M. OWENS

**Theresa M. Owens, Clerk**

/s/ M. Hardin

**by Deputy Clerk**

_____5/29/08_____
Date