IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SHAHEED TAALIB'DIN MADYUN,                                               ORDER

                            Plaintiff,                                       08-cv-34-bbc
      v.

WILLIAM POLLARD,
PETER ERICKSON and
STEVEN SCHMIDT,

                            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       For the reasons expressed in this court's order entered today in <u>Madyun v. Linjer</u>, 08-cv-32-bbc, plaintiff's motion for permission to allow him to transfer to this case the fee he paid for filing a notice of appeal in 08-cv-32-bbc is DENIED.

       Entered this 4th day of August, 2008.

                            BY THE COURT:

                            /s/

                            _____
                            BARBARA B. CRABB
                            District Judge